FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 OCT -2 PM 4:09

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1819CR 119** |
| **Plaintiff,** | : | |
| | : | JUDGE  J. BARRETT |
| **v.** | : | |
| | : | |
| DARNELL CHIVERS, | : | **I N D I C T M E N T** |
| | : | |
| **Defendant.** | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 2 |
| | : | |
| | : | **FORFEITURE ALLEGATION** |
| | : | |

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Possession by a Prohibited Person)

On or about May 24, 2017, in the Southern District of Ohio, the defendant, **DARNELL CHIVERS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that is, a Hi-Point Firearms, Model C9, 9 millimeter Luger caliber pistol bearing serial number P1385577, and the firearm was in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 2**.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DARNELL CHIVERS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

    a.   a Hi-Point Firearms, Model C9, 9 millimeter Luger caliber pistol bearing serial number

         P1385577 with all attachments; and

    b.   approximately seven rounds of 9 millimeter caliber ammunition.

**A TRUE BILL**

_____

**GRAND JURY FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____

**ANDREW H. TRIMBLE**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**